IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-84-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARIUS J. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motions for sentence reductions [D.E. 107, 108] not later than November 4, 2022.

SO ORDERED. This 8 day of October, 2022.

JAMES C. DEVER III
United States District Judge