IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-84-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARIUS J. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's response in opposition [D.E. 111] and the

attached exhibit [D.E. 112], the court DENIES defendant's motion for a sentence reduction [D.E.

107] and motion for compassionate release [D.E. 108]. See also [D.E. 92, 100, 104, 105, 106].

SO ORDERED. This 18 day of November, 2022.

JAMES C. DEVER III
United States District Judge