IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-84-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) **ORDER** |
| DARIUS J. WILLIAMS, | ) ) |
| Defendant. | ) ) |

Defendant's motion for reconsideration [D.E. 116] is DENIED. See also [D.E. 92, 100, 104, 105, 106].

SO ORDERED. This 1 day of May, 2023.

JAMES C. DEVER III
United States District Judge