IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-84-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARIUS WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than November 17, 2023, the United States shall respond to defendant's motion for leave to file [D.E. 118] and motion to reduce sentence [D.E. 119].

SO ORDERED. This _24_ day of October, 2023.

                                          JAMES C. DEVER III
                                          United States District Judge